# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Anthony Lamar Wadsworth,

    **Plaintiff,**

v.                          Case No. 2:13–cv–485

City of Columbus Police Department,        Judge Michael H. Watson

    **Defendant.**

## ORDER

On November 8, 2013, the Magistrate Judge issued a report and recommendation recommending that the Court grant Defendant's motion to dismiss but grant Plaintiff 28 days in which to amend his complaint to name a proper Defendant. ECF No. 10. The Magistrate Judge expressly advised the parties of the deadline for filing objections and the consequences of failing to do so. To date, no objections have been filed, and the deadline for doing so has long since passed.

Accordingly, the Court **ADOPTS** the Magistrate Judge's report and recommendation in its entirety, **GRANTS** Defendant's motion to dismiss, ECF No. 7, and **GRANTS** Plaintiff 28 days in which to amend his complaint to assert his claims against one of more proper Defendants.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT